Kyle McLean (SBN 330580)
Lisa R. Considine (*pro hac vice forthcoming*)
David J. Disabato (*pro hac vice forthcoming*)
Leslie L. Pescia (*pro hac vice forthcoming*)
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: 212-532-1091
Facsimile: 646-417-5967
Email: kmclean@sirillp.com
Email: lconsidine@sirillp.com
Email: ddisabato@sirillp.com
Email: lpescia@sirillp.com

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON PEREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BUILD-A-BEAR WORKSHOP, INC.,<br><br>Defendant. | Case No. 2:24-cv-10469-ODW-AS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)** |

Plaintiff, Cameron Perez, by and through undersigned counsel, hereby gives notice that the above-captioned action against Defendant Build-A-Bear Workshop, Inc. is voluntarily dismissed *without prejudice* in this District pursuant to Federal Rule of Procedure 41(a)(1)(A)(i). Plaintiff inadvertently filed in this District rather than the Southern District of California.

Dated: December 5, 2024

                                                     */s/Kyle D. McLean*
                                                     Kyle D. McLean (SBN 330580)